UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEVIN VENANCIO, )
           Plaintiff, )
)
v. )
)
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
           Defendant. )

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:17-CV-319-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This Judgment Filed and Entered on November 2, 2017, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Leo R. Montenegro | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK
November 2, 2017                (By) /s/ Nicole Briggeman
                                        Deputy Clerk