THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00319-D

| | |
|---|---|
| KEVIN VENANCIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON PLAINTIFF'S CONSENT |
| ) | MOTION FOR ATTORNEY FEES |
| NANCY A. BERRYHILL, ) | UNDER THE EQUAL ACCESS TO |
| Acting Commissioner ) | JUSTICE ACT |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon Plaintiff's Consent Motion for Attorney Fees under the Equal Access to Justice Act, and Defendant's consent to that Motion, it is ORDERED that Defendant pay Plaintiff One Thousand Three Hundred dollars ($1,300.00) in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, and Four Hundred Dollars ($400.00) in costs is awarded to Plaintiff as reimbursement for the filing fee paid at the commencement of the action.

Pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

SO ORDERED. This 12 day of January 2018.

JAMES C. DEVER, III
United States Chief District Judge