UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEVIN VENANCIO,                                    )
                                                   )
                        Plaintiff,                 )
                                                   )        **JUDGMENT IN A CIVIL CASE**
        v.                                         )
                                                   )        **CASE NO. 5:17-CV-319-D**
NANCY A. BERRYHILL, Acting Commissioner            )
of Social Security,                                )
                        Defendant.                 )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay Plaintiff One
Thousand Three Hundred dollars ($1,300.00) in attorney's fees, in full satisfaction of any and all
claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, and Four Hundred
Dollars ($400.00) in costs is awarded to Plaintiff as reimbursement for the filing fee paid at the
commencement of the action. The fee award will first be subject to offset of any debt Plaintiff
may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any
funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney. If Plaintiff
does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and
her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on January 12, 2018, and Copies To:**
Charlotte Williams Hall                          (via CM/ECF electronic notification)
Leo R. Montenegro                                (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
January 12, 2018                         (By)  /s/ Nicole Briggeman_____
                                          Deputy Clerk