UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KEVIN VENANCIO, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-319-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $7,215.75 and that Plaintiff's counsel pay to Plaintiff the sum of $1,300.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on July 31, 2019, and Copies To:**
Charlotte Williams Hall                                    (via CM/ECF electronic notification)
Leo R. Montenegro                                           (via CM/ECF electronic notification)

DATE:                                       PETER A. MOORE, JR., CLERK
July 31, 2019                         (By) /s/ Nicole Sellers
                                                 Deputy Clerk